Argued April 15, reversed and remanded May 6, 1974

KEELE, *Petitioner, v.* OREGON STATE
PENITENTIARY, *Respondent.*

521 P2d 1313

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for petitioner. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Scott McAlister,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Lee Johnson, Attorney General, and W. Michael
Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

REVERSED AND REMANDED. *See, Moore v. OSP,* 16 Or
App 536, 519 P2d 389 (1974).